# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

RYAN ANTHONY SAVINELL, # 104008                                    PETITIONER

v.                                                    CAUSE NO. 1:14CV364-LG-RHW

CHRISTOPHER EPPS, ASHLEY N.
COREY, LATASHA CLAY, ROKISHA
ANNA DAVENPORT, LAURA TILLEY,
ARTHUR L. SMITH, and GLORIA
ALEXANDER                                                          RESPONDENTS

## ORDER TRANSFERRING CAUSE TO
## THE NORTHERN DISTRICT OF MISSISSIPPI

This cause comes before the Court *sua sponte*. On September 11, 2014, a

Petition for habeas corpus relief was filed by Petitioner Ryan Anthony Savinell. He

contests his 2009 conviction in the Circuit Court of Desoto County, Mississippi.

Desoto County is located in the Northern District of Mississippi. He is serving the

sentence at South Mississippi Correctional Institution, which is located in the

Southern District of Mississippi.

Title 28, United States Code, Section 2241(d) provides:

> Where an application for a writ of habeas corpus is made
> by a person in custody under the judgment and sentence
> of a State court of a State which contains two or more
> Federal Judicial Districts, the application may be filed in
> the district court for the district wherein such person is in
> custody or in the district court for the district within
> which the State court was held which convicted and
> sentenced him and each of such district courts shall have
> concurrent jurisdiction to entertain the application. The
> district court for the district wherein such an application
> is filed in the exercise of its discretion and in furtherance

of justice may transfer the application to the other district
court for hearing and determination.

28 U.S.C. § 2241(d).  Savinell is contesting a conviction from the Desoto County

Circuit Court, located in the Northern District of Mississippi.  Therefore, this case

will be transferred to the United States District Court for the Northern District of

Mississippi.  Accordingly, in the exercise of the Court's discretion and in the

furtherance of justice, it is hereby,

**ORDERED** that this Petition for habeas relief and other documents filed in

the instant civil action be transferred to the United States District Court for the

Northern District of Mississippi, Delta Division.

**SO ORDERED AND ADJUDGED** this the 14th day of October, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE