IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RYAN ANTHONY SAVINELL                                                              PLAINTIFF

V.                                                                NO. 3:14-CV-00226-DMB-JMV

CHRISTOPHER EPPS, et al.                                                        DEFENDANTS

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On October 27, 2014, the court entered an order requiring the petitioner, within 21 days, to refile the instant petition for a writ of *habeas corpus* using the court's standard form. Doc. #10. The Court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. *Id*. The petitioner acknowledged receipt of the order on October 30, 2014. Doc. #12.

The petitioner has failed to comply with this Court's order. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with an order of the court. In light of this ruling, the following motions are **DISMISSED as moot**: (1) the petitioner's motion to proceed *in forma pauperis*, Doc. #6; and (2) the petitioner's motion to amend, Doc. #7.

**SO ORDERED**, this 9th day of February, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**